1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   RAVIN SKONDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE No.   2:16-PO-00298-EFB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PRESENCE |
| | ) | Judge: Hon. EDMUND F. BRENNAN |
| RAVIN SKONDIN | ) | |
| Defendant. | ) | |

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant, Ravin D. Skondin, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, her arraignment set for October 11, 2016, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

Skondin hereby requests the Court to proceed during every absence which the Court may

Waiver of Appearance                       -1-

permit to this waiver; agrees that Skondin's interests will be deemed represented at all times by the presence of Skondin's attorney, the same as if she were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix on her absence.

Skondin further authorizes her attorney to set times and dates without her personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: October 11, 2016

      /s/ Ravin D. Skondin
(Defendant)
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: October 11, 2016

/s/ Linda C. Allison

LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: October 11, 2016.

United States Magistrate Judge

Waiver of Appearance                     -2-