HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
RAVIN SKONDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-PO-00298-EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: November 28, 2016 |
| RAVIN SKONDIN, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Edmund Brennan |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Ravin Skondin, that the status conference scheduled for October 31, 2016 be vacated and be continued to November 28, 2016 at 10:00 a.m.

This continuance is necessary as the defense requires additional time to review the discovery and hold discussions with her client.

DATED: October 28, 2016                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

                                                        /s/Linda Allison
                                                        LINDA ALLISON
                                                        Chief Assistant to the Federal Defender
                                                        Attorneys for Defendant
                                                        RAVIN SKONDIN

DATED: October 28, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           /s/Justin Lee
                                           Justin Lee
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


## **ORDER**

    IT IS HEREBY ORDERED, the October 31, 2016 status conference shall be continued until November 28, 2016 at 10:00 a.m.

Dated:  October 31, 2016

                                           _____
                                           HON. EDMUND F. BRENNAN
                                           United States Magistrate Judge