1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | Justin L. Lee
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for Plaintiff
United States of America
6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            2:16-po-00298-EFB

12 |             Plaintiff,               STIPULATION TO CONTINUE STATUS
                                          CONFERENCE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
13 |      v.
                                          DATE: November 28, 2016
14 | RAVIN D. SKONDIN,                    TIME:    10:00 a.m.
                                          COURT: Hon. Edmund F. Brennan
15 |             Defendant.

16

17 |                                  **STIPULATION**

18 |     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 | through defendant's counsel of record, hereby stipulate as follows:

20 |     1.   By previous order, this matter was set for a Status Conference on November 28, 2016.

21 |     2.   By this stipulation, the parties now jointly move to continue the Status Conference to

22 | January 23, 2017, at 10:00 a.m.

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION RE: STATUS CONFERENCE          1

IT IS SO STIPULATED.

Dated:  November 22, 2016	PHILLIP A. TALBERT
	Acting United States Attorney


	/s/ *Justin L. Lee*
	Justin L. Lee
	Assistant United States Attorney


Dated:  November 22, 2016	/s/ *Linda C. Allison*
	Linda C. Allison
	Counsel for Defendant
	RAVIN D. SKONDIN


	/s/ *Heather Phillips*
	HEATHER PHILLIPS
	Counsel for Defendant
	RAVIN D. SKONDIN

	(*Approved via email*)


## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED this 28th day of November, 2016.

	THE HONORABLE EDMUND F. BRENNAN
	UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: STATUS CONFERENCE

2