PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-po-00298-EFB |
| Plaintiff, | ) [~~Proposed~~] ORDER TO DISMISS AND RECALL ABSTRACT |
| v. | ) |
| RAVIN D. SKONDIN, | ) |
| Defendant. | ) |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:16-po-00298-EFB is GRANTED.

It is further ordered that the abstract issued on January 23, 2017, is recalled.

IT IS SO ORDERED.

Dated: September 13, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE